UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 07-31227 |
|---|---|
| DAVID BOYD ONEY | (Chapter 13) |
| BEULAH FAYE ONEY | |
| Debtors | JUDGE LAWRENCE S. WALTER |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4072042**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 13/ 26 | NYDIC OPEN MRI KETTERING<br>BOX 677<br>CANFIELD, OH  44406 | 9.00 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 4/12/2011

Certificate of Service        07-31227

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

DAVID BOYD ONEY
BEULAH FAYE ONEY
3625 CLEARVIEW RD
DAYTON, OH  45439

RICHARD E WEST
195 E CENTRAL AVE
BOX 938
SPRINGBORO, OH  45066

(46.1n)
ADAMS & GAST LLC
1110 BEECHER CROSSING N
SUITE D
COLUMBUS, OH  43230

(64.1n)
FAYE D ENGLISH
REIMER ARNOVITZ CHERNEK & JEFFREY CO, LPA
P. O. BOX 968
2450 EDISON BOULEVARD
TWINSBURG, OH  44087

(34.1n)
GENE E SCHAEFER
1081 N UNIVERSITY BLVD
SUITE B
MIDDLETOWN, OH  45042

(41.1n)
HFC
961 WEIGEL DR
BOX 8606
ELMHURST, IL  60126

(63.1n)
HSBC FINANCE CORPORATION
BOX 829009
DALLAS, TX  75382

(46.3n)
MARK ADAMS
216 W JOHNSTOWN
COLUMBUS, OH  43230

(26.1)
NYDIC OPEN MRI KETTERING
BOX 677
CANFIELD, OH  44406

(60.1n)
PORTFOLIO RECOVERY ASSOCIATES
BOX 41067
NORFOLK, VA  23541

(61.1n)
PRA RECEIVABLES MANAGEMENT LLC
AGENT OF PORTFOLIO RECOVERY
BOX 41067
NORFOLK, VA  23541

Jeffrey M. Kellner BY       ___/s/ Jeffrey M. Kellner_____        sv