UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>   DAVID BOYD ONEY<br>   BEULAH FAYE ONEY<br><br>                      Debtors | CASE NO: 07-31227<br>        (Chapter 13)<br><br>JUDGE LAWRENCE S. WALTER |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4083103**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 7/ 15 | DIGESTIVE SPECIALIST INC<br>999 BRUBAKER DR<br>DAYTON, OH  45429 | 12.44 |
| 8/ 14 | DIGESTIVE SPECIALIST INC<br>999 BRUBAKER DR<br>DAYTON, OH  45429 | 3.29 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 6/13/2011

Certificate of Service                                07-31227

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| DAVID BOYD ONEY<br>BEULAH FAYE ONEY<br>3625 CLEARVIEW RD<br>DAYTON, OH  45439 | RICHARD E WEST<br>195 E CENTRAL AVE<br>BOX 938<br>SPRINGBORO, OH  45066 | (46.1n)<br>ADAMS & GAST LLC<br>1110 BEECHER CROSSING N<br>SUITE D<br>COLUMBUS, OH  43230 |
| (14.1)<br>DIGESTIVE SPECIALIST INC<br>999 BRUBAKER DR<br>DAYTON, OH  45429 | (64.1n)<br>FAYE D ENGLISH<br>REIMER ARNOVITZ CHERNEK & JEFFREY CO, LPA<br>P. O. BOX 968<br>2450 EDISON BOULEVARD<br>TWINSBURG, OH  44087 | (34.1n)<br>GENE E SCHAEFER<br>1081 N UNIVERSITY BLVD<br>SUITE B<br>MIDDLETOWN, OH  45042 |
| (41.1n)<br>HFC<br>961 WEIGEL DR<br>BOX 8606<br>ELMHURST, IL  60126 | (63.1n)<br>HSBC FINANCE CORPORATION<br>BOX 829009<br>DALLAS, TX  75382 | (46.3n)<br>MARK ADAMS<br>216 W JOHNSTOWN<br>COLUMBUS, OH  43230 |
| (60.1n)<br>PORTFOLIO RECOVERY ASSOCIATES<br>BOX 41067<br>NORFOLK, VA  23541 | (61.1n)<br>PRA RECEIVABLES MANAGEMENT LLC<br>AGENT OF PORTFOLIO RECOVERY<br>BOX 41067<br>NORFOLK, VA  23541 | |

Jeffrey M. Kellner BY     ___/s/ Jeffrey M. Kellner_____     sv